## UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**RACQUEL NALLY-HUBBARD**                           **JUDGMENT IN A CIVIL CASE**

**v.**

**TENNESSEE MENTAL HEALTH**                         **CASE NO: 13-2483-A**
**CONSUMER'S ASSOCIATION**

---

**DECISION BY COURT.** This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report And Recommendation Order Granting Defendant's Motion To Dismiss entered on April 23, 2014, this cause is hereby dismissed.


**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 4/24/2014**                              **THOMAS M. GOULD**
                                                 **Clerk of Court**


                                                   **s/Terry L. Haley**
                                                 **(By)  Deputy Clerk**